1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax: 831.426.0159
4

*E-FILED - 10/20/09*

5  Attorney for Monica Santos Castillo

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,           ) Case No. CR 09-00793 RMW
                       Plaintiff,      )
12                                     )
                                       )
13 v.                                  )
                                       ) **STIPULATION AND []**
                                       ) **ORDER CONTINUING STATUS**
14                                     ) **HEARING AND EXCLUDING TIME**
                                       )
15 MONICA SANTOS CASTILLO,             )
                                       )
16               Defendant.            )
                                       )
17 _____)

18      The United States of America, by and through its counsel, John Glang, and, Monica Santos

19 Castillo, by and through her counsel Michelle D. Spencer, hereby agree and stipulate that the status

20 conference currently scheduled for October 26, 2009 at 9:00 a.m. be vacated and rescheduled for

21 November 2, 2009 at 9:00 a.m.  The parties further agree and stipulate that the Court may exclude the

22 period of time from October 26, 2009 to November 2, 2009 from the computation of the period of

23 time within which the trial must commence for the reasons set forth in the proposed order below.

24 ///

25 //

26 /

Stipulation & Order Excluding Time
CR09-00793 RMW                              - 1 -

| | |
|---|---|
| IT IS SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY |
| Dated: October 19, 2009 | /S/ _____<br>JOHN GLANG<br>Assistant United States Attorney |
| Dated: October 19, 2009 | /S/ _____<br>MICHELLE D. SPENCER<br>Attorney for Monica Santos Castillo |

### ORDER

Based upon the stipulation of the parties, the Court hereby orders that the status hearing in this case, previously scheduled for Monday, October 26, 2009 at 9:00 a.m., be vacated and rescheduled for Monday, November 2, 2009 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the Court excludes the period of time from October 26, 2009 through and including November 2, 2009 from the computation of the period of time within which the trial must commence. Defense counsel is unavailable on October 26, 2009. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. An exclusion of time is hereby granted pursuant to 18 U.S.C. § 3161(h)(8)(A) based upon continuity of counsel and effective preparation.

IT IS SO ORDERED.

DATED:__ 10/20/09 _____

_____
RONALD M. WHYTE
United States District Judge