1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax: 831.426.0159                          ***E-FILED - 2/11/10***
4

5  Attorney for Monica Santos Castillo

6

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                 SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,            ) Case No. CR 09-00793 RMW
                        Plaintiff,      )
12                                      )
                                        )
13 v.                                   )
                                        ) STIPULATION AND (xxxxxxxxxxx
                                        ) ORDER CONTINUING SENTENCING
14                                      ) HEARING
   MONICA SANTOS CASTILLO,              )
15                                      )
                        Defendant.      )
16                                      )

17
        Plaintiff United States of America, by and through Assistant United States Attorney, John
18
   Glang, and defendant Monica Santos Castillo, by and through her attorney Michelle D. Spencer,
19
   hereby agree and stipulate that this matter be continued from March 29, 2010 at 9:00 a.m. to April 26,
20
   2010 at 9:00 a.m. Due to medical reasons, the defendant is currently unable to see visitors. For this
21
   reason, a recently scheduled interview with USPO Aylin Raya was cancelled. The interview with the
22
   defendant will not occur in time for the PSR to be completed for the current sentencing date. The
23
   parties hereby agree and stipulate that good cause exists for a continuance of the sentencing hearing.
24 ///
25 //
   /
26

   Stipulation & [xxxxxx] Order            - 1 -

JOSEPH P. RUSSONIELLO

United States Attorney

Date: February 10, 2010

\_\_\_\_\_/s/_____
JOHN GLANG
Assistant United States Attorney

Date: February 10, 2010

\_\_\_\_\_/s/_____
MICHELLE D. SPENCER
Attorney for Monica Santos Castillo

## [] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the sentencing hearing set for March 29, 2010 at 9:00 a.m. shall be continued to April 26, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Date: \_\_2/11/10\_\_\_\_\_          *Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge

Stipulation & Order                          - 2 -