1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney                    *E-FILED - 6/9/10*
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066
       E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )    No. CR 09-00793-RMW
                                       )
15              Plaintiff,             )
                                       )    STIPULATION AND []
16       v.                            )    ORDER RESCHEDULING SENTENCING
                                       )    HEARING
17 MONICA SANTOS CASTILLO,             )
                                       )
18              Defendant.             )
                                       )
19

20       IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21 and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22 in the above-entitled case, currently scheduled for Monday, June 14, 2010 at 9:00 a.m., be

23 continued and a new sentencing hearing date of Monday, September 27, 2010 at 9:00 a.m. is

24 hereby set.

25 It is so stipulated:

26 Dated: June 8, 2010                              _____/s/_____
                                                   JOHN N. GLANG
27                                                 Assistant U.S. Attorney

28

**STIPULATION AND** XXXXXX **ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00793-RMW**

1  It is so stipulated:

2  Dated: June 8, 2010                                    /s/
                                                  _____
3                                                 MICHELLE D. SPENCER
                                                  Attorney for Monica Santos Castillo

###  [] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, June 14, 2010 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, September 27, 2010 at 9:00 a.m. is hereby set.

It is so ORDERED:

Dated:  6/9/10

_____
RONALD M. WHYTE
United States District Judge

**STIPULATION AND** XXXXXX **ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00793-RMW**

2