1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax: 831.426.0159                               *E-FILED - 9/21/10*
4
5  Attorney for Monica Santos Castillo

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                               SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,           )  Case No. CR 09-00793 RMW
                        Plaintiff,     )
12                                     )
                                       )
13 v.                                  )
                                       )  **STIPULATION AND [ xxxxxxxxxx ]**
                                       )  **ORDER CONTINUING SENTENCING**
14                                     )  **HEARING**
   MONICA SANTOS CASTILLO,             )
15                                     )
                        Defendant.     )
16                                     )

17
        Plaintiff United States of America, by and through Assistant United States Attorney, John
18
   Glang, and defendant Monica Santos Castillo, by and through her attorney Michelle D. Spencer,
19
   hereby agree and stipulate with good cause appearing therefor that the sentencing hearing be
20
   continued from September 27, 2010 at 9:00 a.m. to November 15, 2010 at 9:00 a.m. United States
21
   Probation Officer Aylin Raya is also available on November 15, 2010.
22

23

24

25 ///
26 //

   Stipulation &  xxxxxxx Order            - 1 -

JOSEPH P. RUSSONIELLO

United States Attorney

Date: September 14, 2010

_____/s/_____
JOHN GLANG
Assistant United States Attorney

Date: September 14, 2010

_____/s/_____
MICHELLE D. SPENCER
Attorney for Monica Santos Castillo

[] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the sentencing hearing set for September 27, 2010 at 9:00 a.m. shall be continued to November 15, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Date: 9/21/10

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

Stipulation & Order          - 2 -